NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

2011-1161

―――――――――――

**MELVINO TECHNOLOGIES LIMITED,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

**and**

**TRANSWORKS, INC.,**
*Appellee.*

―――――――――――

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Inferences in Reexamination No. 95/000,368.

―――――――――――

## JUDGMENT

―――――――――――

SCOTT A. HORSTEMEYER, Thomas, Kayden, Horstemeyer and Risley, LLP, of Atlanta, Georgia, for appellant.

RAYMOND T. CHEN, Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, for Appellee.

With him on the brief were BRIAN T. RACILLA, and JANET A. GONGOLA, Associate Solicitors.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 9, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |